**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald TOBIN, Clifford Roger Ackerson, Defendants–Appellants.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald TOBIN, Defendant–Appellant.**

**Nos. 87–6015, 88–5274.**

United States Court of Appeals,
Eleventh Circuit.

May 16, 1990.

Samuel Burstyn, Robert F. Dunlap, Miami, Fla., for defendants-appellants.

Leon B. Kellner, U.S. Atty., Dawn Bowen, Linda Collins Hertz, Edward Nucci, Asst. U.S. Attys., Miami, Fla., for plaintiff-appellee.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, and FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON and COX, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc *with* oral argument during the week of October 8, 1990, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.